**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DAVID EDGAR BURNETT                                                                          PLAINTIFF
ADC #86050

V.                                         NO: 2:08CV00060 JMM/HDY

CORRECTIONAL MEDICAL SERVICES *et al.*                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for injunctive relief (docket entry #10) is DENIED.

DATED this 25th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE