**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DAVID EDGAR BURNETT                                                                                    PLAINTIFF
ADC #86050

V.                                        NO: 2:08CV00060 JMM/HDY

CORRECTIONAL MEDICAL SERVICES INC. *et al.*                              DEFENDANTS

## ORDER

On September 3, 2008, Plaintiff filed a motion to voluntarily dismiss his claims against Defendant Juanita Stell, asserting that a review of the evidence has led him to believe Stell played no important role in the matters before the Court. For good cause shown, Plaintiff's motion (docket entry #53) is GRANTED, Plaintiff's claims against Stell are DISMISSED WITHOUT PREJUDICE, and her name is removed as a party Defendant. Stell's pending motion to dismiss (docket entry #39) is DENIED AS MOOT.

IT IS SO ORDERED this   3   day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE