## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

DAVID EDGAR BURNETT                                                                                    PLAINTIFF
ADC #86050

V.                                         NO: 2:08CV00060 JMM/HDY

CORRECTIONAL MEDICAL SERVICES INC. *et al.*                         DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion for summary judgment filed by Defendants Wendy Kelley, Larry Norris, and Greg Harmon (docket entry #24) is GRANTED, and Plaintiff's claims against Kelley, Norris, and Harmon, are DISMISSED WITH PREJUDICE.

DATED this 29th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE