**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

DAVID EDGAR BURNETT                                                                    PLAINTIFF
ADC #86050

V.                              NO: 2:08CV00060 JMM/HDY

CORRECTIONAL MEDICAL SERVICES INC. *et al.*                        DEFENDANTS

**ORDER**

Pending before the Court is Plaintiff's motion to voluntarily dismiss his complaint (docket entry #75). For good cause shown, the motion is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. All pending motions are DENIED AS MOOT.

DATED this  21  day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE