**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DAVID EDGAR BURNETT                                                                                    PLAINTIFF
ADC #86050

V.                                         NO: 2:08CV00060 JMM/HDY

CORRECTIONAL MEDICAL SERVICES INC. *et al.*                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this   21   day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE